| AOC-840    Doc. Code: OFID<br>Rev. 12-03<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice    www.kycourts.gov<br>KRS 395.105; 395.110 | <br>**ORDER APPOINTING FIDUCIARY** | Case No. 22-P-00339<br>Court    District<br>County    Jessamine<br>Division    Probate |
|---|---|---|

**IN RE: Estate of** DESMAN CHA'MELL LADUKE

Upon hearing the Petition of **Jessie White**, the Court appoints **John E. Norman** to act as **Administrator** of said estate and fixes bond in the sum of $ **PA Bond** ☑ with approved Surety OR ☐ with Surety having been waived.

Date: 11-10, 2022

Judge's Signature: [signed]

**ENTERED**
NOV 10 2022
DOUG TAIN JESSAMINE CIRCUIT CLERK
BY: [signed] D.C.

---

**To be completed on copies only:**

**CERTIFICATE OF QUALIFICATION**

I, [signed], Clerk of the **Jessamine** District Court, certify this is a true and correct copy of the Order Appointing Fiduciary as recorded in my office. This Order and Qualification is in full force and effect.

Date: Nov 10th, 2022

[signed] Clerk

By: Stephanie Watters, D.C.

**EXHIBIT A**